UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDDIE D. WILSON, ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-163-KJD-RJJ |
| ) | |
| vs. ) | |
| ) | |
| KRD TRUCKING WEST, etc., ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Motion For Closure of Discovery and to Defendants Opposition to Plaintiff Amended Complaint and Proof of Services (#24).

The Court having reviewed the Motion (#24) and the Opposition (#25) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion For Closure of Discovery and to Defendants Opposition to Plaintiff Amended Complaint and Proof of Services (#24) is **GRANTED IN PART AND DENIED IN PART**.

IT IS FURTHER ORDERED that Plaintiff's Motion is GRANTED in that Defendant's Opposition to Plaintiff's Motion to Amend Complaint (#23) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the following Scheduling Order/Discovery Plan is entered by the Court:

    1.    Discovery deadline    Aug. 26, 2011

    2.    Dispositive motion deadline    Sept. 26, 2011

    3.    Joint Pretrial Order    October 28, 2011, or 30 days from the date the court rules on any dispositive motions.

IT IS FURTHER ORDERED that Plaintiff's Motion For Closure of Discovery and to Defendants Opposition to Plaintiff Amended Complaint and Proof of Services (#24) is DENIED as to all other requests.

DATED this __15th__ day of June, 2011.

                                                                       ROBERT J. JOHNSTON
United States Magistrate Judge