UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

EDDIE D. WILSON,

        Plaintiff,

vs.

KRD TRUCKING WEST, 313554 U.S. HIGHWAY 93 NORTH APEX, NEVADA 89124,

        Defendant,

2:10-cv-163-KJD-RJJ

O R D E R

    This matter was referred to the undersigned Magistrate Judge on Plaintiff's Motion to Compel Response to Discovery and For Sanctions (#30).

    The Court having reviewed Plaintiff's Motion (#30) and the Response (#35) finds that Plaintiff failed to provide certification that plaintiff had consulted with defendants pursuant to Fed. R. Civ. P. 37(a)(2)(B) and Local Rule 26-7.

    Based on the foregoing and good cause appearing therefore,

    IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Response to Discovery and For Sanctions (#30) is **DENIED**.

    DATED this  9th  day of November, 2011.

                                                     ROBERT J. JOHNSTON
                                                   United States Magistrate Judge