UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| EDDIE D. WILSON, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:10-cv-163-KJD-RJJ |
| vs. | ) | |
| KRD TRUCKING WEST, 313554 U.S. HIGHWAY 93 NORTH APEX, NEVADA 89124, | ) | O R D E R |
| Defendant, | ) | |

This matter was referred to the undersigned Magistrate Judge on Plaintiff's Motion to Compel Response to Discovery and For Sanctions (#30).

The Court having reviewed Plaintiff's Motion (#30) and the Response (#35) finds that Plaintiff failed to provide certification that plaintiff had consulted with defendants pursuant to Fed. R. Civ. P. 37(a)(2)(B) and Local Rule 26-7.

Based on the foregoing and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Response to Discovery and For Sanctions (#30) is **DENIED**.

DATED this  9th  day of November, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge