UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| EDDIE D. WILSON, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | 2:10-cv-00163-KJD-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| K R D TRUCKING WEST, | ) | **O R D E R** |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter came before the Court on Plaintiff Eddie D. Wilson's Motion for Instruction and Clarification (#50). The Plaintiff has requested for the Court to provide instructions "to appeal on the docket sheet" and to clarify the "next step." To the extent that the Plaintiff is requesting legal advice, that request is denied. Additionally, the Plaintiff failed to provide any points or authorities. Under LR 7-2, "[t]he failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." Accordingly, the Plaintiff's Motion (#50) shall be denied.

**CONCLUSION**

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff Eddie D. Wilson's Motion for Instruction and Clarification (#50) is DENIED.

DATED this __18th__ day of January, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge