# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDDIE D. WILSON,

    Plaintiff,

v.

KRD TRUCKING WEST,

    Defendant.

Case No. 2:10-CV-00163-KJD-RJJ

**ORDER**

Before the Court is Plaintiff Eddie D. Wilson's ("Wilson") Emergency Motion for Waiver of Transcript Fees (#92).

This Motion is governed by 28 U.S.C. § 753(f) which reads in relevant part: "Fees for transcripts furnished . . . to persons permitted to appeal in forma pauperis shall also be paid by the United States if the trial judge . . . certifies that the appeal is not frivolous (but presents a substantial question)." Given Plaintiff's history in this litigation and the clear result reached at trial, the Court cannot in good faith certify this appeal as "not frivolous." Plaintiff's Emergency Motion for Waiver of Transcript Fees (#92) is hereby **DENIED**.

DATED this 1st day of October 2013.

                                                                     _____
                                                                     Kent J. Dawson
                                                                     United States District Judge