UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

EDDIE D. WILSON,

        Plaintiff,

vs.

KRD TRUCKING WEST,

        Defendant.

Case No.: 2:10-cv-0163-KJD-NJK

## ORDER FOR RELEASE OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 p.m. on August 27, 2018 to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If the exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on August 28, 2018.

DATED this ____ day of August, 2018.

_____
Kent J. Dawson, U.S. District Judge
United States District Court

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiffs or defendants.
I authorize_____ to retrieve *Plaintiff's/Defendant's* exhibits.
                 (name)                               (circle one)

Dated:_____     _____
                                 Signature of counsel

Plaintiff's exhibits received by: _____ Date:_____

Defendant's exhibits received by: _____ Date:_____